

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00547-CV

**STATE** of Texas,
Appellant

v.

William **MCMANUS**, in his official capacity as the Chief of San Antonio Police Department,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-00942
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are assessed against appellant.

SIGNED August 31, 2022.

_____
Irene Rios, Justice